# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. DURKIN and DURKIN & DEVRIES INSURANCE AGENCY, LLC,<br><br>Defendant. | CIVIL ACTION NO: 07-CV-10096 |

## JOINT MOTION TO CONTINUE THE MAY 13, 2008 SCHEDULING CONFERENCE

Pursuant to L.R. 40.3, the parties jointly move to continue the Scheduling Conference set for May 13, 2008, to a date and time convenient for the court in July, 2008. As grounds for this motion, the parties state that they have scheduled mediation for June 17, 2008, and that judicial economy will be served if the Scheduling Conference occurs after the parties have had the opportunity to proceed with the mediation.

1. On December 19, 2007, the Court granted the parties' Joint Motion To Continue Phase 1 Discovery Deadline And To Continue December 18, 2007 Status Conference. Pursuant to the Court's Order, Phase I discovery was to be completed by March 3, 2008, the parties were to attempt mediation by May, 2008 and a further Scheduling Conference was scheduled for May 13, 2008.

2. The parties have completed Phase I Discovery but have not yet mediated this matter. The parties have scheduled mediation with Thomas Maffei on June 17, 2008.

3. No prejudice to the parties or the Court will result from allowance of this motion. The parties believe that judicial economy will be served by continuing the conference until after the mediation.

34039818v1 868096

WHEREFORE, the parties request that the Court continue the May 13, 2008 scheduling conference until a date and time convenient for the Court in July, 2008. At that time, the parties will report regarding the status of discovery and the prospect of alternative dispute resolution.

Respectfully submitted,

| Plaintiffs, | Defendants, |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | THOMAS P. DURKIN and DURKIN & DEBRIES INSURANCE COMPANY, LLC |
| By their attorneys, | By their attorneys, |
| /s/ Ranen S. Schechner<br>Bradford R. Carver, BBO #565396<br>Ranen S. Schechner, BBO #655641<br>Hinshaw & Culbertson LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110<br>(617) 213-7000<br>bcarver@hinshawlaw.com<br>rschechner@hinshawlaw.com | /s/ John P. Connelly<br>John P. Connelly, BBO #546670<br>Peabody & Arnold LLP<br>600 Atlantic Avenue, 6th Floor<br>Boston, MA 02210<br>(617) 951-2100<br>jconnelly@peabodyarnold.com |

Dated: May 8, 2008

## CERTIFICATE OF SERVICE

I, Ranen S. Schechner, hereby certify that the foregoing document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first class mail and paper copies will be sent to those indicated as non-registered participants on May 8, 2008.

/s/ Ranen S. Schechner
Ranen S. Schechner

34039818v1 868096